**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 789 MAL 2019

           Respondent                    :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

           v.                         :

                                       :

CHRISTOPHER LEE SCHWENK,         :

                   Petitioner                  :

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 30th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.